[No. 32870-1-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT F. ALBRO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00790-2, Larry E. McKeeman, J.,

entered June 4, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman, J., and Alsdorf, J. Pro Tem.